IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLABON TERRELL STEWARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1651 |
| | § | |
| ARIES FREIGHT SYSTEMS, L.P. and | § | |
| ARIES WORLDWIDE, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The plaintiff has taken no action to comply with this court's August 22, 2007 scheduling order. This court held a status conference on July 15, 2008. Plaintiff did not appear.

This civil action is DISMISSED without prejudice for want of prosecution.

SIGNED on July 15, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge